IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Roberson, Stanley | Case Number: 07 B 14758 |
|---|---|---|
| | Roberson, Lawanza | Judge: Squires, John H |
| | Printed: 03/17/09 | Filed: 8/15/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 4, 2009
Confirmed: November 14, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,070.00 | |
| Secured: | | 4,136.68 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 640.93 |
| Trustee Fee: | | 292.39 |
| Other Funds: | | 0.00 |
| Totals: | 5,070.00 | 5,070.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Schottler & Zukosky | Administrative | 3,230.10 | 640.93 |
| 2. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 3. | Americredit Financial Ser Inc | Secured | 7,233.57 | 4,136.68 |
| 4. | Ocwen Federal Bank FSB | Secured | 23,309.54 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 51.24 | 0.00 |
| 6. | Americredit Financial Ser Inc | Unsecured | 362.27 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 90.12 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 145.48 | 0.00 |
| 9. | Arrow Financial Services | Unsecured | 27.93 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 343.35 | 0.00 |
| 11. | Nicor Gas | Unsecured | 196.98 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 154.03 | 0.00 |
| 13. | Cavalry Portfolio Services | Unsecured | 60.63 | 0.00 |
| 14. | Resurgent Capital Services | Unsecured | 32.96 | 0.00 |
| 15. | Laura White | Priority | | No Claim Filed |
| 16. | Illinois Dept Of Employment Sec | Priority | | No Claim Filed |
| 17. | Schottler & Associates | Priority | | No Claim Filed |
| 18. | Credit Protection Association | Unsecured | | No Claim Filed |
| 19. | Brinks | Unsecured | | No Claim Filed |
| 20. | Debt Recovery Solutions | Unsecured | | No Claim Filed |
| 21. | Florida Hospital | Unsecured | | No Claim Filed |
| 22. | Family Internal Medicine | Unsecured | | No Claim Filed |
| 23. | First Premier Bank | Unsecured | | No Claim Filed |
| 24. | Gupta Internal Medicine | Unsecured | | No Claim Filed |
| 25. | Inovision | Unsecured | | No Claim Filed |
| 26. | Medclear Inc | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Roberson, Stanley
Roberson, Lawanza
Printed: 03/17/09

Case Number: 07 B 14758
Judge: Squires, John H
Filed: 8/15/07

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Medical Collections | Unsecured | | No Claim Filed |
| 28. Medical Collections | Unsecured | | No Claim Filed |
| 29. T Mobile USA | Unsecured | | No Claim Filed |
| 30. Oxford Bank & Trust | Unsecured | | No Claim Filed |
| 31. Transworld Systems Inc | Unsecured | | No Claim Filed |
| 32. Orange County Fire Rescue | Unsecured | | No Claim Filed |
| 33. Quality Collections | Unsecured | | No Claim Filed |
| 34. Professional Finance Company | Unsecured | | No Claim Filed |
| 35. Risk Management Alternatives | Unsecured | | No Claim Filed |
| 36. Cbe Group | Unsecured | | No Claim Filed |
| 37. City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 38. Sterling & King | Unsecured | | No Claim Filed |
| 39. Wolpoff & Abramson | Unsecured | | No Claim Filed |
| 40. Merchants & Professional | Unsecured | | No Claim Filed |
| 41. US Cellular | Unsecured | | No Claim Filed |
| 42. Southwest Laboratory Physican | Unsecured | | No Claim Filed |
| 43. US Cellular | Unsecured | | No Claim Filed |
| 44. SBC | Unsecured | | No Claim Filed |
| | | $ 35,238.20 | $ 4,777.61 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 182.53 |
| 6.5% | 109.86 |
| | $ 292.39 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

